UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-05731-RGK (SHx) | Date | September 17, 2013 |
|---|---|---|---|
| Title | Aerosoft GMBH v. John Does | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 7, 2013, plaintiff was ordered to file Form AO 120 and/or 121 pursuant to Local Rule 3.1. On September 10, 2013, after being advised of counsel's failure to comply with the Rules of Court, this Court ordered plaintiff to file required Forms AO 120 and/or 121 not later than September 16, 2013.

A review of the docket shows once again, counsel's failure to comply. Plaintiff is Ordered to Show Cause in writing, not later than September 23, 2013 why this matter should not be dismissed for failure to comply with the Local Rules and orders of the Court.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response. Failure to respond to the Court's order may result in the dismissal of the action.

**IT IS SO ORDERED.**

: 
Initials of Preparer    slw

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-05731-RGK (SHx) | Date | September 17, 2013 |
|---|---|---|---|
| Title | Aerosoft GMBH v. John Does | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 7, 2013, plaintiff was ordered to file Form AO 120 and/or 121 pursuant to Local Rule 3.1. On September 10, 2013, after being advised of counsel's failure to comply with the Rules of Court, this Court ordered plaintiff to file required Forms AO 120 and/or 121 not later than September 16, 2013.

A review of the docket shows once again, counsel's failure to comply. Plaintiff is Ordered to Show Cause in writing, not later than September 23, 2013 why this matter should not be dismissed for failure to comply with the Local Rules and orders of the Court.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response. Failure to respond to the Court's order may result in the dismissal of the action.

**IT IS SO ORDERED.**

: 

Initials of Preparer    slw