JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSOFT GMBH, ) | Case No. CV 13-05731-RGK (SHx) |
| ) | |
| Plaintiff(s), ) | ORDER DISMISSING ACTION FOR |
| ) | LACK OF PROSECUTION |
| VS. ) | |
| ) | |
| JOHN DOES, et al. ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

On September 17, 2013, an Order to Show Case was issued due to plaintiff's failure to file Form AO 120 and/or 121 pursuant to Local Rule 3.1, despite being served with two notices regarding counsel's failure to comply. A response to the Order to Show Cause was due not later than September 23, 2013.

As of this date, there has been no response to the Order to Show cause, therefore the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: September 27, 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE